IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy Gallant,  :
:
    Plaintiff(s),  :
:  Case Number: 1:16cv383
vs.  :
:  Judge Susan J. Dlott
Mr. Holdren, et al.,  :
:
    Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 21, 2016 a Report and Recommendation (Doc. 6). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for class certification is DENIED.

Plaintiff's conclusory claims regarding fire precautions, air ventilation, noise decibels, and solitary confinement are dismissed.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court